■ In the Matter of the Arbitration between TRAVELERS INDEMNITY COMPANY, Appellant, and MARION WELLCOME, Respondent. — Order, Supreme Court, New York County (Richard Wallach, J.), entered on July 7, 1983, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. The appeal from the order of said court entered on March 7, 1983, is dismissed as having been subsumed in the appeal from the order entered on July 7, 1983, without costs and without disbursements. No opinion. Concur — Murphy, P. J., Sandler, Sullivan, Carro and Asch, JJ.

■ In the Matter of GARY FRIEDFERTIG, Appellant, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Louis Kaplan, J.), entered on December 22, 1982, unanimously affirmed, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Sullivan and Carro, JJ.

Asch, J., concurs solely on constraint of *Matter of Knight v McGuire,* (94 AD2d 623). No opinion.

■ In the Matter of GERARD ANGELASTRO, Appellant, v ROBERT J. McGUIRE, as Police Commissioner of the City of New York, et al., Respondents. — Judgment, Supreme Court, New York County (Jerome Marks, J.), entered on August 10, 1982, unanimously affirmed for the reasons stated by J. Marks, J., at Special Term, without costs and without disbursements. Concur — Murphy, P. J., Sandler, Sullivan, Carro and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIS MARTINEZ, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on January 13, 1982, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Murphy, P. J., Sandler, Sullivan, Carro and Asch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LENDELL VAUGHN, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on December 18, 1981, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sullivan, J. P., Ross, Carro, Asch and Kassal, JJ.